RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Treshon Edwards

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRESHON EDWARDS,<br><br>　　　　　Defendant. | Case No. 2:23-cr-00006-APG-BNW<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING OF PRETRIAL RELEASE**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca Levy, Assistant Federal Public Defender, counsel for Treshon Edwards, that the Revocation Hearing of Pretrial Release currently scheduled on April 4, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　The parties need additional time to see how Mr. Edwards does over the next month on pretrial release.

　　　　2.　　The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing of pretrial release.

DATED this 26th day of March, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Rebecca Levy<br>REBECCA LEVY<br>Assistant Federal Public Defender | By /s/ Joshua Brister<br>JOSHUA BRISTER<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>TRESHON EDWARDS,<br><br>        Defendant. | Case No. 2:23-cr-00006-APG-BNW<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing of pretrial release currently scheduled for April 4, 2024 at 10:00 a.m., be vacated and continued to May 16, 2024 at the hour of 10:00 a.m.

DATED this 27th day of March, 2024.

_____
UNITED STATES MAGISTRATE JUDGE