RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Treshon Edwards

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>TRESHON EDWARDS,<br><br>        Defendant. | Case No. 2:23-cr-00006-APG-BNW<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING OF PRETRIAL RELEASE**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca Levy, Assistant Federal Public Defender, counsel for Treshon Edwards, that the Revocation Hearing of Pretrial Release currently scheduled on May 16, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.      The parties need additional time to see how Mr. Edwards does over the next month on pretrial release.

2.      The defendant is out of custody and agrees with the need for the continuance.

1    3.    The parties agree to the continuance.

2    This is the second request for a continuance of the revocation hearing of pretrial release.

3    DATED this 14th day of May, 2024.

4

5    RENE L. VALLADARES                    JASON M. FRIERSON
     Federal Public Defender               United States Attorney

6

7
     By /s/ Rebecca Levy                    By /s/ Joshua Brister
8    REBECCA LEVY                           JOSHUA BRISTER
     Assistant Federal Public Defender      Assistant United States Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00006-APG-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| TRESHON EDWARDS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing of pretrial release currently scheduled for May 16, 2024 at 10:00 a.m., be vacated and continued to __June 24, 2024__ at the hour of __1 : 00__ p .m.

DATED this 15th day of May, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3