RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Treshon Edwards

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TRESHON EDWARDS,<br><br>    Defendant. | Case No. 2:23-cr-00006-APG-BNW<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING OF PRETRIAL RELEASE**<br>(Third Request) |

  IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca Levy, Assistant Federal Public Defender, counsel for Treshon Edwards, that the Revocation Hearing of Pretrial Release currently scheduled on June 24, 2024, be vacated and continued to a date and time convenient to the Court, but after June 27, 2024.

  This Stipulation is entered into for the following reasons:

  1. A change of plea hearing is currently scheduled for June 27, 2024. The parties anticipate that his custody will likely be resolved at the change of plea hearing.

  2. The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing of pretrial release.

DATED this 18th day of June, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Rebecca Levy<br>REBECCA LEVY<br>Assistant Federal Public Defender | By /s/ Joshua Brister<br>JOSHUA BRISTER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00006-APG-BNW |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| TRESHON EDWARDS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing of pretrial release currently scheduled for June 24, 2024 at 1:00 p.m., be vacated and continued to  July 2, 2024  at the hour of  11 : 30  a .m.

DATED this  20  day of June, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3