**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:23-cr-00006-APG-BNW |
| Plaintiff | **Order (1) Granting Motion to Withdraw and (2) Appointing CJA Counsel** |
| v. | [ECF No. 67] |
| TREHSON EDWARDS, | |
| Defendant | |

The Federal Public Defender previously was appointed to represent defendant Treshon Edwards. ECF No. 5.  The Federal Public Defender has moved to withdraw and requests the court appoint new counsel for Edwards. ECF No. 67.  I grant that motion.

I THEREFORE ORDER that the motion to withdraw counsel and appoint new counsel **(ECF No. 67) is GRANTED**.  The Federal Public Defender is withdrawn as attorney for defendant Treshon Edwards.

I FURTHER ORDER the clerk of court to contact the CJA clerk for the purpose of appointing new counsel for defendant Treshon Edwards.

DATED this 16th day of October, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE